| | | | |
|---|---|---|---|
| State v. Kaimi | 21302 | 12/28/1999 | Affirmed |
| Moody v. Moody | 22372 | 12/29/1999 | Affirmed |
| State v. Harlacher | 22251 | 12/30/1999 | Affirmed |
| Doe Children, In re | 21861, 21864 | 01/18/2000 | Affirmed |
| State v. Benzine | 22215 | 01/18/2000 | Affirmed |
| Tagupa v. Office of Hawaiian Affairs | 22102 | 01/19/2000 | Vacated and Remanded |
| State v. Say | 22255 | 01/20/2000 | Affirmed |
| Mack v. Maui Shores Inv. Group 112 | 22411 | 01/26/2000 | Affirmed |
| Maciel v. State | 21897 | 02/02/2000 | Affirmed |
| Vaiaso v. State | 21994 | 02/16/2000 | Affirmed |
| Workman v. Workman | 22114 | 02/17/2000 | Affirmed |
| Mack v. Maui Shores Inv. Group | 22411 | 02/17/2000 | Affirmed |
| Furuta v. Furuta | 22298 | 02/18/2000 | Affirmed |
| Gomes v. Higa-Gomes | 22047 | 02/25/2000 | Affirmed |
| State v. Conley | 22370 | 02/25/2000 | Affirmed |
| Watanabe v. Watanabe | 22090 | 02/25/2000 | Affirmed |